

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00280-CV

IN RE ALLEN "F" CALTON                                          RELATOR

------------

## ORIGINAL PROCEEDING
## TRIAL COURT NO. 0843168D

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus asking this court to compel the court reporter to file a supplemental reporter's record in his appeal under cause number 02-04-00228-CR, for which the mandate issued on February 17, 2006. The court is of the opinion that the petition should be dismissed for want of jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(a)–(b) (authorizing writs necessary to enforce jurisdiction of appellate courts and writs of mandamus against judges of district and county courts) (West 2004). Accordingly, relator's petition for writ of mandamus is dismissed for want of

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

jurisdiction.

PER CURIAM

PANEL:  GARDNER, MEIER, and SUDDERTH, JJ.

DELIVERED:  September 4, 2015